**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1589**

TAWANA JEAN COOPER,

> Plaintiff - Appellant,

> v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

> Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:16-cv-00547-JCC-TCB)

Submitted:  September 28, 2017                    Decided:  October 2, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tawana Jean Cooper, Appellant Pro Se. Mitchell Stuart Bober, FEDEX GROUND, Moon Township, Pennsylvania; Amy Sanborn Owen, Kristin Anne Zech, BRIGLIAHUNDLEY, PC, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawana Cooper appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing her Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-2(a)(1), 2000e-3(a) (2012) complaint with prejudice under Fed. R. Civ. P. 37(b) for failure to comply with the court's discovery orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. FEDEX Ground Package Sys., Inc.*, No. 1:16-cv-00547-JCC-TCB (E.D. Va. Feb. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*